TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TALYA M. SEIDMAN (Cal. Bar No. 336534)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7137
    Facsimile: (213) 894-7819
    E-mail: Talya.Seidman@usdoj.gov

Attorneys for Defendant
Federal Bureau of Investigation

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SIAKA MASSAQUOI, | No. CV 21- 8569 |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL OF CIVIL ACTION |
| FEDERAL BUREAU OF INVESTIGATION, CHAD WARREN, | |
| Defendants. | [28 U.S.C. § 1442(a)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF SIAKA MASSAQUOI, BY AND THROUGH HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant Federal Bureau of Investigation ("FBI") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1.     On August 30, 2021, Siaka Massaquoi ("Plaintiff") filed a civil action against the FBI and FBI Special Agent Chad Warren in the Superior Court of the State of California for the County of Los Angeles, entitled *Siaka Massaquoi v. Federal Bureau of Investigation, et al.*, Case No. 21PDSC01643.  A copy of the Complaint and all other pleadings received to date are attached as Exhibit 1. The Complaint appears to allege constitutional and property damage claims.

2.     This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending.  Defendant FBI is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity, derivative jurisdiction, and federal defenses relating to the exhaustion of administrative claim requirements.  See 28 U.S.C. § 2671, et seq.

3.     Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of Case No. 21PDSC01643 has not yet commenced.

4.     Because this notice is being filed on behalf of the FBI, no bond is required under the terms of 28 U.S.C. § 2408 and 2679(d)(2).

WHEREFORE, defendant FBI removes the action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 21PDSC01643, to the United States District Court for the Central District of California.

Dated: October 29, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


   _/s/ Talya M. Seidman_
TALYA M. SEIDMAN
Assistant United States Attorney

Attorneys for Defendant
Federal Bureau of Investigation