Plaintiff (list names): SIAKA MASSAQUOI

Case Number: 21-PDS 01643

① The plaintiff (the person, business, or public entity that is suing) is:
Name: SIAKA MASSAQUOI        Phone: (424) 335-5642
Street address: 7029 BELLAIRE AVE.   NORTH HOLLYWOOD CA 91605
Mailing address (if different): 269 S. BEVERLY DR #1268   BEVERLY HILLS CA 90212

If more than one plaintiff, list next plaintiff here:
Name: _____ Phone: _____
Street address: _____
Mailing address (if different): _____

☐ Check here if more than two plaintiffs and attach form SC-100A.
☐ Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.
☐ Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.

② The defendant (the person, business, or public entity being sued) is:
Name: CHAD WARREN        Phone: _____
Street address: 1100 WILSHIRE BLVD #1700 LOS ANGELES CA 90024
Mailing address (if different): _____

If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:
Name: _____ Job title, if known: _____
Address: _____

☐ Check here if your case is against more than one defendant, and attach form SC-100A.
☐ Check here if any defendant is on active military duty, and write his or her name here: _____

③ The plaintiff claims the defendant owes $ 10,000 _____ (Explain below):
a. Why does the defendant owe the plaintiff money? Defendants illegally raided my house and illegally seized my property, rendering me unable to perform my job, caused me to lose income.
When did this happen? (Date): 06/10/2021
b. If no specific date, give the time period: Date started: _____ Through: _____
c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) The property that was illegally seized prevented me from doing my job(s)

☐ Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.

Revised January 1, 2020      Plaintiff's Claim and ORDER to Go to Small Claims Court      SC-100, Page 2 of 5
(Small Claims)

Rcv'd 10/20/2021

Exhibit 1      3

Plaintiff (list names): Siaka Massaquoi

Case Number: 21-PDS01643

(4) **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☒ Yes  ☐ No   If no, explain why not:
_____
_____

(5) **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):
a. ☒ (1) Where the defendant lives or does business.
    (2) Where the plaintiff's property was damaged.
    (3) Where the plaintiff was injured.
    (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant or where the defendant lived or did business when the defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civ Code, § 1812.10.)
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civ Code, § 2984.4.)
e. ☐ Other (specify): _____

(6) **List the zip code of the place checked in (5) above** (if you know): 91605

(7) **Is your claim about an attorney-client fee dispute?** ☐ Yes  ☒ No
If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here: ☐

(8) **Are you suing a public entity?** ☒ Yes  ☐ No
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date): _____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

(9) **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes  ☒ No   If yes, the filing fee for this case will be higher.

(10) **Is your claim for more than $2,500?**  ☒ Yes  ☐ No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

(11) **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.
Date: 08/27/2021
    Plaintiff types or prints name here      SIAKA MASSAQUOI
                                                Plaintiff signs here
Date: _____
    Second plaintiff types or prints name here      Second plaintiff signs here

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)

Revised January 1, 2020     **Plaintiff's Claim and ORDER to Go to Small Claims Court**     SC-100, Page 3 of 5
                                                (Small Claims)           →

Exhibit 1     4

October 12, 2021

**RE: THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES CASE NO. 21-PDS01643**

Dear Special Agent Warren:

In this certified mailing, I am enclosing the Small Claims complaint that I filed at the Superior Court of California County of Los Angeles in Pasadena regarding case no. 21-PDS01643 (MASSAQUOI V. CHAD WARREN and THE FEDERAL BUREAU OF INVESTIGATION).

Case Trial Date and Time: November 2, 2021 at 8:30 AM Pacific

Please return a signed receipt. Time is of the essence.

Sincerely,

Siaka Massaquoi



**Exhibit 1**  5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sp. Agent CHao Warren
   11000 Wilshire Blvd #1700
   Los Angeles, CA 90024

9590 9402 6719 1060 7150 27

2. Article Number (Transfer from service label)

   7020 1290 0001 8621 1093

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Exhibit 1**

6



Exhibit 1

7

Plaintiff *(list names):* SIAKA MASSAQUOI

Case Number: 21-PDS01643

### 1. The plaintiff (the person, business, or public entity that is suing) is:

Name: SIAKA MASSAQUOI  Phone: (424) 335-5646
Street address: 7029 BELLAIRE AVE. NORTH Hollywood CA 91605
Mailing address *(if different)*: 269 S. BEVERLY DR. #1268  BEVERLY HILLS CA 90212

**If more than one plaintiff, list next plaintiff here:**
Name: _____ Phone: _____
Street address: _____
Mailing address *(if different)*: _____

☐ *Check here if more than two plaintiffs and attach form SC-100A.*
☐ *Check here if either plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

### 2. The defendant (the person, business, or public entity being sued) is:

Name: FEDERAL BUREAU OF INVESTIGATION  Phone: _____
Street address: 1100 WILSHIRE BLVD #1700 Los Angeles CA 90024
Mailing address *(if different)*: _____

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: _____ Job title, if known: _____
Address: _____

☐ *Check here if your case is against more than one defendant, and attach form SC-100A.*
☐ *Check here if any defendant is on active military duty, and write his or her name here:* _____

### 3. The plaintiff claims the defendant owes $ 10,000 . *(Explain below):*

a. Why does the defendant owe the plaintiff money? Defendants illegally raided and seized my home and property.

- When did this happen? *(Date):* 06/10/2021
b. If no specific date, give the time period: Date started: _____ Through: _____
c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* The seized property prevented me from doing my job as an actor and producer.

☐ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2020    **Plaintiff's Claim and ORDER to Go to Small Claims Court**    SC-100, Page 2 of 5
(Small Claims) →

Exhibit 1     8

Rev 10/15/7

Plaintiff (list names): Siaka Massaquoi

Case Number: 21-PDS01643

④ **You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☒ Yes   ☐ No   If no, explain why not:
_____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):
a. ☒ (1) Where the defendant lives or does business.        (4) Where a contract (written or spoken) was made,
      (2) Where the plaintiff's property was damaged.           signed, performed, or broken by the defendant or
      (3) Where the plaintiff was injured.                             where the defendant lived or did business when the
                                                                                    defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civ Code, § 1812.10.)

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civ Code, § 2984.4.)

e. ☐ Other (specify): _____

⑥ **List the zip code of the place checked in ⑤ above** (if you know): 91605

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No
If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here: ☐

⑧ **Are you suing a public entity?** ☒ Yes ☐ No
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date): _____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No   If yes, the filing fee for this case will be higher.

⑩ **Is your claim for more than $2,500?** ☒ Yes ☐ No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

⑪ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.
Date: 08/27/2021

Plaintiff types or prints name here: SIAKA MASSAQUOI
Plaintiff signs here

Date: _____
Second plaintiff types or prints name here        Second plaintiff signs here

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons With Disabilities and Response.* (Civ. Code, § 54.8.)

Revised January 1, 2020    **Plaintiff's Claim and ORDER to Go to Small Claims Court**    SC-100, Page 3 of 5
                                              (Small Claims)                                              →

Exhibit 1                                                                                                   9

October 12, 2021

## RE: THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES CASE NO. 21-PDS01643

Dear Special Agent In Charge:

In this certified mailing, I am enclosing the Small Claims complaint that I filed at the Superior Court of California County of Los Angeles in Pasadena regarding case no. 21-PDS01643 (MASSAQUOI V. CHAD WARREN and THE FEDERAL BUREAU OF INVESTIGATION).

Case Trial Date and Time: November 2, 2021 at 8:30 AM Pacific

Please return a signed receipt. Time is of the essence.

Sincerely,

Siaka Massaquoi

**Exhibit 1**  10



**Exhibit 1**                                                                 **11**



**Exhibit 1** 12