**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



Case: 2:21cv8569  Doc: 6

Siaka  Massaquoi
269 S. Beverly Dr. No. 1268
Beverly Hills, CA 90212

