**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT

DEC - 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case: 2:21cv08569  Doc: 9

Siaka  Massaquoi
269 S. Beverly Dr. No. 1268
Beverly Hills, CA 90212