Case: 2:21cv8569  Doc: 11

Siaka  Massaquoi
269 S. Beverly Dr. No. 1268
Beverly Hills, CA 90212

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



REASON CHECKED
NO CLAIMED
ATTEMPTED - NOT KNOWN
INSUFFICIENT ADDRESS
NO SUCH STREET
NO SUCH NUMBER
...
ENVELOPE

FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 3 2021
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

SVW

11/12/2021
US POSTAGE