| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 9 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SIAKA MASSAQUOI, as a natural person, on behalf of himself and all others similarly situated,

            Plaintiff-Appellant,

 v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

            Defendants-Appellees.

No.   22-55448

D.C. No. 2:21-cv-08569-SVW-PD
Central District of California, Los Angeles

ORDER

Before:  McKEOWN, WARDLAW, and W. FLETCHER, Circuit Judges.

    Appellant's motion for leave to file an untimely response to appellees' motion for summary affirmance (Docket Entry No. 13) is granted.

    A review of the record and the opening brief indicates that certain questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

    Accordingly, we grant in part and deny in part appellees' motion for summary affirmance (Docket Entry No. 12) of the district court's judgment. We grant the motion as to the district court's dismissal of appellant's First and Fifth Amendment claims. We deny the motion as to the district court's dismissal of appellant's Fourth Amendment claim without prejudice to appellees' raising the

arguments in their answering brief.

Appellees' answering brief is due December 14, 2022. Appellant's optional reply brief is due within 21 days after service of the answering brief.