| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 28 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SIAKA MASSAQUOI, as a natural person, on behalf of himself and all others similarly situated,

           Plaintiff-Appellant,

 v.

FEDERAL BUREAU OF INVESTIGATION; et al.,

           Defendants-Appellees.

No.   22-55448

D.C. No.
2:21-cv-08569-SVW-PD
Central District of California,
Los Angeles

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.  Therefore, this case is ordered submitted on the briefs and record without oral argument on August 18, 2023, in Pasadena, California.  *See* Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT